ATTENTION
COURT CLERK
Civil detainee
Cymeyon v. Hill

**FULL NAME:** Cymeyon V. Hill

**COMMITTED NAME (if different):** same

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** Ashpatton 3102 e. Highland Ave Patton CA 92369

**PRISON NUMBER (if applicable):** None

**RELATED DDJ**

FILED
CLERK, U.S. DISTRICT COURT
APR 26 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: rsm DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Cymeyon V. Hill

PLAINTIFF,

v.

MKZUfAK

DEFENDANT(S).

**CASE NUMBER:** 5:23-CV-00766-JLS-E
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*
[X] 42 U.S.C. § 1983
[ ] Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: [X] Yes  [ ] No

2. If your answer to "1." is yes, how many? *please see docket for confidentiality*

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

CONFICT ENTIRETY do to MAIL TAMPEKING:

a. Parties to this previous lawsuit:
   Plaintiff see docket
   Defendants see docket

b. Court see docket

c. Docket or case number see docket

d. Name of judge to whom case was assigned see docket

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) see docket

f. Issues raised: see docket

g. Approximate date of filing lawsuit: see docket

h. Approximate date of disposition see docket

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No
   If your answer is no, explain why not completed

3. Is the grievance procedure completed? ☒ Yes  ☐ No
   If your answer is no, explain why not see Recorded file

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Cymeyon V. Hill
(print plaintiff's name)
who presently resides at DSH PATTON STATE HOSPITAL
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
DSH PATTON STATE HOSPITAL
(institution/city where violation occurred)

CIVIL RIGHTS COMPLAINT

CV-66 (7/97) Page 2 of 6

the defendants mentioned, smilling at plaintiff stating that he hopes plaintiff dies of

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief: the crushordered medication. Defendant Nzufar then told plaintiff that the above mentioned defendants told him that the plaintiff was a nigger jew filing to many grievances complaints and lawsuits and needed to be silenced with crush zyprexa medication. Defendant Nzufar then told plaintiff that he would continue to punish him by giving plaintiff moke zyprexa medication if plaintiff wouldn't stop accessing the courts. and filing grievances against the above mentioned medical staff defendants. Plaintiff therefore respectfully ask the courts for nominal and punitive damages in the amount of $200,000 dollars. executive on 4-19-23 I declare under penalty and perjury that the foregoing is true and correct.   —Cy McYunv-Hill

4-19-23
(Date)                          (Signature of Plaintiff)

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

FIRST AMENDMENT VIOLATION RETALIATION

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

ON AROUND 4-19-23 DR. ZUFAR WHILE IN UNIT 20, TOLD PLAINTIFF HE WAS MAKING CHANGES IN PLAINTIFFS MEDICATION. PLAINTIFF THEN ASKED DEFENDANT DR ZUFAR WHAT HE WAS DOING IN THAT REGARD. DEFENDANT THEN TOLD PLAINTIFF HE WAS BEING PUNISHED AND THAT UPON THE ORDERS OF MEDICAL STAFF SMANTHA LILLO, JAIVNE WALLACE DR FREEDMAN AND ART MORALEZ THAT ALL PLAINTIFFS ZYPREXA MEDICATION WOULD BE CRUSHED AND PLACED IN WATER. DEFENDANT

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline. DR ZUFAR THEN TOLD PLAINTIFF THAT HE WAS GOING TO TEACH PLAINTIFF A LESSON ABOUT FILING GRIEVANCES AGAINST THE

CV-66 (7/97)     CIVIL RIGHTS COMPLAINT     Page 5 of 6

on (date or dates) 4-19-23 , _____ , _____ .
                    (Claim I)        (Claim II)        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **DR. ZUFAR** resides or works at
   (full name of first defendant)
   **3102 e Highland Ave Patton CA 92369**
   (full address of first defendant)
   **Psychiatrist**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   **Defendant told plaintiff he was going to be punished**

2. Defendant **Smantha Lillo** resides or works at
   (full name of first defendant)
   **3102 e Highland Ave Patton CA 92369**
   (full address of first defendant)
   **medical employee**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   **Defendant retaliated against plaintiff for filling grievances**

3. Defendant **Janine Wallace** resides or works at
   (full name of first defendant)
   **3102 e Highland Ave Patton CA 92369**
   (full address of first defendant)
   **medical employee**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   **Defendant retaliated against plaintiff for filing grievances**

4. Defendant __DR. FREEDMAN__ resides or works at
   (full name of first defendant)
   __302 e Highland Ave Patton CA 92369__
   (full address of first defendant)
   __psychiatrist__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Defendant retaliated on plaintiff for filling grievance__

5. Defendant __Art Moralez__ resides or works at
   (full name of first defendant)
   __302 e Highland Ave Patton CA 92369__
   (full address of first defendant)
   __medical employee__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Defendant retaliated against plaintiff for filling grievance__



PATTON STATE HOSPITAL
3102 E. HIGHLAND AVENUE
PATTON, CA 92369

Tynemouth Hill

confidential
legal
mail

Attention
court clerk
central district
of california
USDC's district court
255 east temple
street
Los Angeles 90012 M 180
Los Angeles

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 26 2023
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

confidential
legal
mail